397 P.2d 221

**The STATE of Arizona, Appellee,**

**v.**

**James Thomas JACOBI, Appellant.**

**No. 1314.**

Supreme Court of Arizona.

En Banc.

Dec. 16, 1964.

Robert W. Pickrell, Atty. Gen., and E. D. McBryde, Pinal County Atty., for appellee.

Wood & Platt, Coolidge, for appellant.

**112**

Robert W. Pickrell, Atty. Gen., and Norman E. Green, Pima County Atty., for appellee.

James Thomas Jacobi, in pro. per.

PER CURIAM.

Appellant entered a plea of guilty to escape from the Pima County jail in violation of A.R.S. § 13–393. He was sentenced to an indeterminate term of from 3 to 4 years. Appellant was represented by counsel at time of his plea and at the time of sentencing.

Appellant filed his notice of appeal in propria persona. He requested the record of the proceedings as an indigent but did not request that counsel be appointed and therefore counsel was not appointed. This court has ordered the appeal be submitted. On examination of the record we find no grounds upon which the appeal could be based. State v. Burrell, 96 Ariz. 233, 393 P.2d 921.

Affirmed.